BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

**FILED**

SEP 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT AND ARREST WARRANT CONCERNING:<br><br>South Sacramento Travel Lodge Mobile Home Park, 6025 Dias Avenue, Space #61, Sacramento, California; and<br><br>DANIEL SALINAS | 2:13 - MJ - 295 CKD<br><br>SEALING ORDER<br><br>UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the files in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: September 23, 2013

_____
Hon. CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE