The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>DANIEL SALINAS | Case Number:  13-380 JAM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE**<br><br>**DATE: N/A**<br>**TIME:  N/A**<br>**DEPT: Hon. Dale A. Drozd** |

    In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Carolyn C. Delaney on November 12, 2013.

    I have spoken with Mr. Salias' Pretrial Services Officer Amaryllis Gonzales and AUSA Justin Lee and they agree that it is appropriate to delete Special Condition of Release # 3 which reads "You are released to the third party custody of Guadalupe Salinas.". It is further the agreement of all the parties that no alternative third party custodian is needed.

IT IS THERFORE STIPULATED:

Mr. Salinas' Special Conditions of Release be altered so that Special Condition of Release # 3 which reads "You are released to the third party custody of Guadalupe Salinas." be deleted.

Dated: October 31, 2014

BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Justin Lee
ASSISTANT UNITED STATES ATTORNEY

Dated: October 31, 2014

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR DANIEL SALINAS

IT IS SO ORDERED

    Daniel Salinas' Special Conditions of Release be altered so that Special Condition of Release # 3 which reads "You are released to the third party custody of Guadalupe Salinas." be deleted.

Dated:  October 31, 2014

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Salinas0380.stipo.modify