IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.<br><br>v.<br><br>Daniel Salinas | Case №: 2:13-cr-00380-JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

    The above named defendant has satisfied this Court that he/she is financially unable to obtain counsel and seeks a second opinion/limited consultation. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

    IT IS HEREBY ORDERED Olaf Hedberg is appointed to represent the above defendant in this case effective *nunc pro tunc* to October 18, 2021.

    This appointment shall remain in effect until further order of this court.

DATED: November 5, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE