The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>DANIEL SALINAS | Case Number:  13-380 JAM<br><br>**STIPULATION AND ORDER FOR TERMINATION OF SUPERVISED RELEASE** |

In the matter at bar The United States of America, represented by AUSA Justin Lee and Olaf W. Hedberg, attorney for Daniel Salinas hereby stipulate as follows:

I, Olaf W. Hedberg hereby declare as follows:

1. In the matter at bar Daniel Salinas was sentenced to 60 months in custody to be followed by a 36 month term of Supervised release on February 2, 2016 (PACER # 77);

2. Daniel Salinas was released from the Bureau of Prisons on February 12, 2019;

3. I have spoken with Probation Officer Paul Mamaril regarding Daniel Salinas, and Officer Mamaril has related the following:

   A. That Daniel Salinas has satisfactorily complied with the terms of his
   Supervised Release and the directives of his Probation Officer, Paul Mamaril;

1

      B. Daniel Salinas has maintained employment as directed by Probation Officer Mamaril;

      C. Daniel Salinas has demonstrated a significant commitment to his wife and two children;

4. Probation Office Mamaril stated that he agreed that Daniel Salinas' term of Supervised Release should be terminated due to Daniel Salinas' superior performance on Supervised Release.

5. Assistant United States Attorney Jason Lee stated that he has no objection to early termination of Daniel Salinas' Supervised Release.

THEREFORE it is stipulated that the remainder of Daniel Salinas' 36 month term of Supervised Release, imposed as part of his sentence on February 2, 2016 be TERMINATED as of the date of the execution of the attached Order.

Dated: 11/9/21

| | |
|---|---|
| Jason Lee | Olaf W. Hedberg |
|   | \_\_\_\_\_/s/_____ |
| \_\_\_\_\_/s/_____ | Olaf W. Hedberg |
| Jason Lee | Atty for Daniel Salinas |
| Assistant US Attorney | |

IT IS SO ORDERED

The remainder of Daniel Salinas' 36 month term of Supervised Release, imposed as part of his sentence on February 2, 2016 be TERMINATED as of the date of the execution of this Order.

Dated:  November 10, 2021          /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE